**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                            CASE NO. 6:08-CR-48-ORL-19KRS

STEVEN L. REMBERT

_____

ORDER

     This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 27, filed November 24, 2008) and no objection thereto having been filed, it is **ORDERED:**

    1.    The Report and Recommendation of the United States Magistrate Judge (Doc. No.  27) is **ACCEPTED, AFFIRMED AND ADOPTED.**

    2.    Defendant Steven L. Rembert has entered a plea of guilty to Counts One through Eleven of the Indictment knowingly, intelligently and voluntarily.  Such plea is accepted, and Defendant is adjudicated guilty of Counts One through Eleven of the Indictment.

    **DONE AND ORDERED** at Orlando, Florida, this ___3rd___ day of December, 2008.

_____

**PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT**

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy